KENT R. ROBISON, ESQ. – NSB #1167
krobison@rbsllaw.com
**FRANK C. GILMORE, ESQ. - NSB #10052**
fgilmore@rbsllaw.com
**Robison, Belaustegui, Sharp & Low**
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile: (775) 329-7169

Attorneys for Plaintiffs Paul A. Morabito
and Consolidated Nevada Corporation

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>PAUL A. MORABITO,<br><br>Debtor.<br>_____<br>PAUL A. MORABITO, an individual;<br>CONSOLIDATED NEVADA CORPORATION, a<br>Nevada corporation<br><br>Plaintiffs,<br>vs.<br><br>JH, INC., a Nevada corporation; JERRY HERBST,<br>an individual; and BERRY-HINCKLEY<br>INDUSTRIES, a Nevada corporation,<br><br>Defendants.<br>_____/ | Case No.: BK-N-13-51237-GWZ<br><br>Chapter 7<br><br><br><br>Adv. Pro. No.: 16-05043-gwz<br><br><br>**RULE 9027(e)(3) STATEMENT** |

Plaintiffs Paul A. Morabito and Consolidated Nevada Corporation deny that this is a "core" proceeding consistent with Article III of the Constitution. Plaintiffs do not consent to the entry of final orders or judgments by an Article I judge in this matter.

DATED this 4th day of January, 2016.

ROBISON, BELAUSTEGUI, SHARP & LOW
A Professional Corporation
71 Washington Street
Reno, Nevada  89503

/s/ Frank C. Gilmore
_____
KENT R. ROBISON, ESQ.
FRANK C. GILMORE, ESQ.
Attorneys for Plaintiffs Paul A. Morabito
and Consolidated Nevada Corporation

Robison, Belaustegui,
Sharp & Low
71 Washington St.
Reno, NV 89503
(775) 329-3151

J:\WPData\BLB\14283.011 Morabito v Herbst 12-2016 complaint\BK Adversary 16-05043\P-Rule 9027 stmt 1-4-17.doc

## CERTIFICATE OF SERVICE

Pursuant to FRBP 7005 and FRCP 5(b), I certify that I am an employee of Robison, Belaustegui, Sharp & Low, that I am over the age of 18 and not a party to the above-referenced case, and that on the date below I caused to be served a true copy of the **RULE 9027(e)(3) STATEMENT** on all parties to this action by the method(s) indicated below:

__X__   I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court by using the ECF system which served the following parties electronically:

Gabrielle A. Hamm
ghamm@gtg.legal
Brian R. Irvine
birvine@dickinsonwright.com,
mreel@dicksonwright.com

*Attorney for* Creditor Berry-Hinckley Industries, Creditor JH, Inc., Creditor Jerry Herbst

Gerald M. Gordon
ggordon@gtg.legal
Teresa M. Pilatowicz
tpilatowicz@gtg.legal
Mark M. Weisenmiller
mweisenmiller@gtg.legal, bknoties@gtg.legal
*Attorney for* Creditor Berry-Hinckley Industries, Creditor JH, Inc., Creditor Jerry Herbst

Jeffrey L. Hartman
notices@bankruptcyreno.com
*Attorney for* Paul A. Morabito

Robert M. Charles, Jr.
rcharles@lrlaw.com,
BankruptcyNotices@lrlaw.com
*Attorney for* Interested Party Lewis and Roca LLP

**U.S. TRUSTEE - RN – 11**
USTPRegion17.RE.ECF@usdoj.gov
*U.S. Trustee*

Gilbert B. Weisman, Esq.
Becket & Lee LLP
notices@becket-lee.com
*Attorney for* Creditor American Express Centurion Bank

Gilbert B. Weisman, Esq.
Becket & Lee LLP
notices@becket-lee.com
*Attorney for* Creditor Toyota Motor Credit Corporation and American Express Centurion Bank

Michael R. Kealy
Mkealy@parsonsbehle.com
*Attorney for* Party in Interest Desi Moreno 2001 Trust, Ohm Place/4900 Mill Street, LLC, Mill Ohm Posada, LLC, 788 Mallory, LLC

Cecelia Lee, Esq.
Elizabeth High, Esq.
efile@cecilialee.net
*Attorney for* Paul A. Morabito

Robison, Belaustegui,
Sharp & Low
71 Washington St.
Reno, NV 89503
(775) 329-3151

| | |
|---|---|
| Trey A. Monsour, Esq.<br>Trey.monsour@klgates.com;<br>gave.preda@klgates.com<br>Elizabeth A. Gilman, Esq.<br>Beth.Gilman@klgates.com<br>*Attorney for* Jackson Hole Trust Company,<br>Edward Bayuk, Jackson Hole Trust Company,<br>as Trustee of the Meadow Farms Irrevocable<br>Trust | Seth Adams, Esq.<br>sadams@woodburnandwedge.com,<br>NVBK@mccarthyholthus.com<br>John F. Murtha, Esq.<br>jmurtha@woodburnwedge.com,<br>dlercari@woodburnwedge.com<br>*Attorney for* Trustee William Leonard |
| William Leonard<br>Bift7tte@mindspring.com, ca46@ecfcbis.com | Timothy Lukas, Esq.<br>Ecflukast@hollandhart.com<br>*Attorney for* USHF Cellular<br>Communications, LLC |
| Amy N. Tirre, Esq.<br>amy@amytirrelaw.com,<br>admin@amytirrelaw.com | Howard J. Weg, Esq.<br>hweg@robinskaplan.com<br>*Attorney for* Debtor Paul Morabito |
| Holly E Estes, Esq.<br>Walter Wilhelm Bauer<br>hestes@W2BLaw.com<br>*Attorney for Edward Bayuk and the Jackson<br>Hole Trust Company as Trustee of the<br>Meadow Farms Irrevocable Trust* | |

___X___ by placing an original or true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States mail at Reno, Nevada, addressed to:

| | |
|---|---|
| BMW Financial Services NA, LLC Department<br>Post Office Box 201347<br>Arlington, TX 76006 | Recovery Management Systems Corporation<br>25 SE 2nd Avenue, Suite 1120<br>Miami, Florida 331331-1605 |
| Garman Turner Gordon<br>650 White Drive Suite 100<br>Las Vegas, NV 89119 | Gordon Silver<br>3960 Howard Hughes Parkway, 9th Floor<br>Las Vegas, NV 89169 |
| Davis Graham & Stubbs LLP<br>50 West Liberty Street<br>Reno, NV 89501 | Scott F. Gautier<br>2029 Century Park East, Ste 3100<br>Los Angeles, Ca 90067 |
| James S Proctor<br>200 Ridge Street<br>Reno, NV 89501 | John F. Sullivan<br>1000 Main Street, Suite 2550<br>Houston, Tx 77002 |
| Siobhan K Ray<br>K&L Gates, Llp<br>1000 Main St, Ste 2550<br>Houston, Tx 77002 | VIRSENET, LLC<br>C/O 8581 Santa Monica Blvd. #708<br>West Hollywood, Ca 90069 |

1
2  Berry Hinckley Industries
   5195 Las Vegas Blvd. So.
3  Las Vegas, NV 89119

4

5  Jerry Herbst
   5195 Las Vegas Blvd. So.
6  Las Vegas, NV 89119

7  Paul A. Morabito
   8581 Santa Monica Blvd, Suite 708
8  West Hollywood, CA 90069

Consolidated Nevada Corporation
59 Damonte Ranch Parkway, Suite B-355
Reno, NV 89521

JH, Inc.
5195 Las Vegas Blvd. So.
Las Vegas, NV 89119

9  DATED: This 4th day of January, 2017.

10                                    /s/ Mary Carroll Davis

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Robison, Belaustegui,
Sharp & Low
71 Washington St.
Reno, NV 89503
(775) 329-3151